AARON M. WEIGERT, Appellant, *v.* WILLIAM SCHLESINGER et al., Respondents.

*Weigert* v. *Schlesinger*, 150 App. Div. 765, affirmed.

(Submitted January 20, 1914; decided February 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 4, 1912, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term in an action by plain

tiff to compel the heirs at law of his deceased wife to deed to him certain real property the title to which, he alleged, was held by his wife in trust for him under an agreement to convey the same to him or his nominee at his request.

*B. W. B. Brown* for appellant.

*John S. Parker* and *N. Raymond Heater* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ.